Stephen M. Lobbin (SBN 181195)
stephen@foundationlaw.com
Austin J. Richardson (SBN 319807)
austin@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
445 South Figueroa Street, Suite 3100
Los Angeles, CA 90071
Tel: 949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Founder Starcoin, Inc.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Launch Labs, Inc. d/b/a AXIOM ZEN**, a Canada corporation,<br><br>Defendant. | Case No. 18 CV0972 W MDD<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to CivLR 40.2, Founder Starcoin, Inc. states that it has no parent corporation, and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

Dated: May 17, 2018   **FOUNDATION LAW GROUP LLP**

By: /s/ Stephen M. Lobbin
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2018, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin