

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOUNDER STARCOIN, INC. | Plaintiff, | Civil No. 18-cv-0972-JLS-MDD |
| v. | | PRO HAC VICE APPLICATION |
| LAUNCH LABS, INC. | Defendant. | Defendant Launch Labs, Inc. |
| | | Party Represented |

I, __Elizabeth M. Wright__ hereby petition the above entitled court to permit me
    (Applicant)

to appear and participate in this case and in support of petition state:

    My firm name: Cooley LLP
    Street address: 500 Boylston Street
    City, State, ZIP: Boston, MA 02116
    Phone number: (617) 937-2300
    Email: ewright@cooley.com
    That on __09/10/2010__ I was admitted to practice before __District of Columbia Court of Appeals__
          (Date)                                                           (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

                    (If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

    I declare under penalty of perjury that the foregoing is true and correct.

                                                          _/s/ Elizabeth M Wright_
                                                          (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| Alex Miller | (858) 550-6000 |
|---|---|
| (Name) | (Telephone) |
| Cooley LLP | |
| (Firm) | |
| 4401 Eastgate Mall | San Diego      92121 |
| (Street) | (City)      (Zip code) |

                                                           _/s/ Elizabeth M Wright_
                                                           (Signature of Applicant)

I hereby consent to the above designation.      _/s/ Alex Miller_
                                                                        (Signature of Designee Attorney)