COOLEY LLP
Adam S. Gershenson (MA Bar No. 671296)
(*Pro Hac Vice*)
agershenson@cooley.com
Elizabeth M. Wright (MA Bar No. 569387)
(*Pro Hac Vice*)
ewright@cooley.com
Elizabeth A. Trafton (MA Bar No. 693969)
(*Pro Hac Vice*)
etrafton@cooley.com
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Alexander Miller (SBN 294474)
amiller@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
LAUNCH LABS, INC. d/b/a AXIOM ZEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER STARCOIN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAUNCH LABS, INC. d/b/a AXIOM ZEN, a Canada corporation,<br><br>Defendant. | Case No. 18-cv-0972- JLS-MDD<br><br>**DEFENDANT LAUNCH LABS, INC.'S CONSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rules 79.2 and 83.3(g), Defendant Launch Labs, Inc. d/b/a Axiom Zen ("Axiom Zen") hereby requests leave to file the following documents under seal: (a) Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction, (b) Declaration of Jody Rebak in Support of Defendant's Opposition, (c) Declaration of Mack Flavelle in Support of Defendant's Opposition, (d) Declaration of Caty Tedman in Support of Defendant's Opposition, (e) Declaration of Kim Cope

in Support of Defendant's Opposition, and (g) Exhibits 3, 5, 6, 9, 10, and 21-24 to the Declaration of Elizabeth A. Trafton.  Plaintiff Founder Starcoin, Inc. ("Starcoin") consents to Axiom Zen's motion for leave to file these documents under seal.

## Application

On May 16, 2018, Starcoin filed suit against Axiom Zen for, among other claims, trade secret misappropriation.  Two days later, Starcoin moved for a preliminary injunction and simultaneously requested that the Court seal its brief and supporting documents because these materials "disclos[ed] its confidential trade secrets." *Ex Parte* Application for Leave to File Documents Under Seal, Dkt. 6.  On May 25, 2018, the Court granted the Plaintiff's Motion to Seal.  Order, Dkt. 8.

In opposing Starcoin's Motion for a Preliminary Injunction, Axiom Zen's brief and supporting materials discuss the same information that Starcoin contends constitutes confidential trade secret information.  While Axiom Zen disagrees that this information qualifies as a trade secret, for consistency with the Court's prior decision about this material and as a courtesy to plaintiff, Axiom Zen respectfully requests that the Court grant it leave to file the above-identified documents under seal.

In addition to the alleged trade secret information, Axiom Zen's brief and supporting declarations discuss some of Axiom Zen's own sensitive and confidential business information, including information about investors and potential partners. Courts routinely seal business confidential information "that might harm a litigant's competitive standing." *Williams v. U.S. Bank Nat. Ass'n*, 290 F.R.D. 600, 604-05 (E.D. Cal. 2013); *see also Kilbourne v. Coca-Cola Co.,* 2015 WL 5117080, at *3 (S.D. Cal. July 29, 2015) (ordering documents be filed under seal).

Accordingly, Axiom Zen respectfully requests that the Court allow Axiom Zen to file the following documents under seal: (a) Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction, (b) Declaration of Jody Rebak in Support of Defendant's Opposition, (c) Declaration of Mack Flavelle in Support of Defendant's Opposition, (d) Declaration of Caty Tedman in Support of Defendant's Opposition, (e)

1  Declaration of Kim Cope in Support of Defendant's Opposition, and (g) Exhibits 3, 5,
2  6, 9, 10, and 21-24 to the Declaration of Elizabeth A. Trafton.

Dated:   May 31, 2018                COOLEY LLP

 *s/ Adam Gershenson*
Adam S. Gershenson
Elizabeth M. Wright
Elizabeth A. Trafton
Alex Miller

Attorneys for Defendant
LAUNCH LABS, INC. d/b/a AXIOM ZEN