COOLEY LLP
Adam S. Gershenson (MA Bar No. 671296)
(*Pro Hac Vice*)
agershenson@cooley.com
Elizabeth M. Wright (MA Bar No. 569387)
(*Pro Hac Vice*)
ewright@cooley.com
Elizabeth A. Trafton (MA Bar No. 693969)
(*Pro Hac Vice*)
etrafton@cooley.com
500 Boylston Street
Boston, MA  02116
Telephone: (617) 937-2300
Facsimile:  (617) 937-2400

Alexander Miller (SBN 294474)
amiller@cooley.com
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
LAUNCH LABS, INC. d/b/a AXIOM ZEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER STARCOIN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAUNCH LABS, INC. d/b/a AXIOM ZEN, a Canada corporation,<br><br>Defendant. | Case No.  18-cv-0972- JLS-MDD<br><br>**DECLARATION OF ELIZABETH A. TRAFTON IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
BOSTON

1.

18-CV-0972- JLS-MDD
E. TRAFTON DECL. ISO OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION

I, Elizabeth A. Trafton, state as follows:

1. I am with the law firm of Cooley, LLP in Boston Massachusetts. I am admitted to practice before the Courts of the Commonwealth and in good standing. I am admitted *pro hac vice* to practice in this Court in the above-captioned litigation. I submit this Declaration in Support of Defendant Launch Labs, Inc. d/b/a Axiom Zen's ("Axiom Zen") Opposition to Plaintiff Founder Starcoin, Inc.'s ("Starcoin") Motion for Preliminary Injunction.

2. Attached as Exhibit 1 is a true and correct copy of a CNBC article entitled "Meet CryptoKitties, the $100,000 digital beanie babies epitomizing the cryptocurrency mania."

3. Attached as Exhibit 2 is a true and correct copy of CryptoKitties' "White Pa-purr," *CryptoKitties: Collectible and Breedable Cats Empowered by Blockchain Technology*.

4. Attached as Exhibit 3 is a true and correct copy of an email chain between Roham Gharegozlou, Jody Rebak, and a potential partner, latest email dated October 20, 2017.

5. Attached as Exhibit 4 is a true and correct copy of the tweets that Mack Flavelle sent out to Ghostface Killer, Young Thug, Lil B, and Poppy.

6. Attached as Exhibit 5 is a true and correct copy of the LinkedIn messages between a potential partner and Axiom Zen regarding a possible collaboration.

7. Attached as Exhibit 6 is a true and correct copy of an email from a potential partner to Mack Flavelle dated February 7, 2018.

8. Attached as Exhibit 7 is a true and correct copy of a Motherboard, Vice article entitled "I Bred 'Crypto Kitties' on the Ethereum Blockchain."

9. Attached as Exhibit 8 is a true and correct copy of the email chain between Jevon Feinblatt and Jody Rebak, latest email dated February 26, 2018.

10. Attached as Exhibit 9 is a true and correct copy of Starcoin's slide deck.

11. Attached as Exhibit 10 is a true and correct copy of a February 13, 2018

COOLEY LLP
ATTORNEYS AT LAW
BOSTON

2.

18-CV-0972- JLS-MDD
E. TRAFTON DECL. ISO OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION

email from Jevon Feinblatt to Jody Rebak, Julia Leao, and Kim Cope.

12. Attached as Exhibit 11 is a true and correct copy of a Medium article entitled "How Fans Can Invest in Athletes: the Ultimate Fantasy Sport."

13. Attached as Exhibit 12 is a true and correct copy of a Medium article entitled "Tokenizing the economy: sports industry."

14. Attached as Exhibit 13 is a true and correct copy of a CNET article entitled "Cryptocurrency now you lets collect digital cards for celebrities."

15. Attached as Exhibit 14 is a true and correct copy of a Business Insider article entitled "Blockchain tokens could transform the music industry."

16. Attached as Exhibit 15 is a true and correct copy of TokenStars Company's White Paper.

17. Attached as Exhibit 16 is a true and correct copy of TokenStars website screenshot.

18. Attached as Exhibit 17 is a true and correct copy of STARKST's White Paper.

19. Attached as Exhibit 18 is a true and correct copy of Dapper Labs Inc.'s Certificate of Incorporation.

20. Attached as Exhibit 19 is a true and correct copy of a Techvibes article entitled "CryptoKitties Leaps into the Mainstream with $12 Million Raise."

21. Attached as Exhibit 20 is a true and correct copy of a Medium article entitled "CryptoKitties, not cryptocurrencies!"

22. Attached as Exhibit 21 is a true and correct copy of an email from a potential partner to Mack Flavelle dated January 3, 2018.

23. Attached as Exhibit 22 is a true and correct copy of an email from a potential partner to Mack Flavelle dated February 13, 2018.

24. Attached as Exhibit 23 is a true and correct copy of a January 30, 2018 email to Mack Flavelle inquiring about CryptoKitties' affiliation with CryptoCelebrities.

COOLEY LLP
ATTORNEYS AT LAW
BOSTON

3.

18-CV-0972- JLS-MDD
E. TRAFTON DECL. ISO OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION

25. Attached as Exhibit 24 is a true and correct copy of a February 8, 2018 email from Pierre Beugnot to Jody Rebak.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of May, 2018.

*/s/ Elizabeth A. Trafton*
Elizabeth A. Trafton

COOLEY LLP
ATTORNEYS AT LAW
BOSTON

4.

18-CV-0972- JLS-MDD
E. TRAFTON DECL. ISO OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION