*Founder Starcoin, Inc. v. Launch Labs, Inc. d/b/a Axiom Zen*

USDC CASD Case No. 18-cv-0972- JLS-MDD

**TABLE OF CONTENTS OF EXHIBITS TO OPPOSITION TO PLAINTIFF'S**

**MOTION FOR PRELIMINARY INJUNCTION**

| EXH. | DESCRIPTION | START PAGE NO. |
|---|---|---|
| 1. | CNBC article entitled "Meet CryptoKitties, the $100,000 digital beanie babies epitomizing the cryptocurrency mania." | 5 |
| 2. | CryptoKitties' "White Pa-purr," *CryptoKitties: Collectible and Breedable Cats Empowered by Blockchain Technology.* | 10 |
| 3. | Email chain between Roham Gharegozlou, Jody Rebak, and a potential partner, latest email dated October 20, 2017 [Submitted Under Seal] | 20 |
| 4. | Tweets that Mack Flavelle sent out to Ghostface Killer, Young Thug, Lil B, and Poppy. | 24 |
| 5. | LinkedIn messages between a potential partner and Axiom Zen regarding a possible collaboration. [Submitted Under Seal] | 31 |
| 6. | Email from a potential partner to Mack Flavelle dated February 7, 2018. [Submitted Under Seal] | 33 |
| 7. | Motherboard, Vice article entitled "I Bred 'Crypto Kitties' on the Ethereum Blockchain." | 35 |
| 8. | Email chain between Jevon Feinblatt and Jody Rebak, latest email dated February 26, 2018. | 41 |
| 9. | Starcoin's slide deck. [Submitted Under Seal] | 51 |

18-CV-0972- JLS-MDD
TOC OF EXHIBITS

| 10. | February 13, 2018 email from Jevon Feinblatt to Jody Rebak, Julia Leao, and Kim Cope. [Submitted Under Seal] | 63 |
|---|---|---|
| 11. | Medium article entitled "How Fans Can Invest in Athletes: the Ultimate Fantasy Sport." | 65 |
| 12. | Medium article entitled "Tokenizing the economy: sports industry." | 71 |
| 13. | CNET article entitled "Cryptocurrency now you lets collect digital cards for celebrities." | 74 |
| 14. | Business Insider article entitled "Blockchain tokens could transform the music industry." | 77 |
| 15. | TokenStars Company's White Paper. | 81 |
| 16. | TokenStars website screenshot. | 148 |
| 17. | STARKST's White Paper. | 159 |
| 18. | Dapper Labs Inc.'s Certificate of Incorporation. | 193 |
| 19. | Techvibes article entitled "CryptoKitties Leaps into the Mainstream with $12 Million Raise. | 195 |
| 20. | Medium article entitled "CryptoKitties, not cryptocurrencies!" | 200 |
| 21. | Email from a potential partner to Mack Flavelle dated January 3, 2018. [Submitted Under Seal] | 206 |
| 22. | Email from a potential partner to Mack Flavelle dated February 13, 2018. [Submitted Under Seal] | 208 |
| 23. | Email dated January 30, 2018 to Mack Flavelle inquiring about CryptoKitties' affiliation with CryptoCelebrities. | 210 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| | [Submitted Under Seal] | |
| 24. | February 8, 2018 email from Pierre Beugnot to Jody Rebak. [Submitted Under Seal] | 213 |

18-CV-0972- JLS-MDD
TOC OF EXHIBITS