Stephen M. Lobbin (SBN 181195)
stephen@foundationlaw.com
Austin J. Richardson (SBN 319807)
austin@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
445 South Figueroa Street, Suite 3100
Los Angeles, CA 90071
Tel: 949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Founder Starcoin, Inc.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Launch Labs, Inc. d/b/a AXIOM ZEN**, a Canada corporation,<br><br>Defendant. | Case No. 3:18-cv-00972-JLS-MDD<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>Honorable Janis L. Sammartino |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as neither an answer nor a motion for summary judgment has been served, Plaintiff hereby dismisses this action.

Respectfully submitted,

Dated: July 9, 2018        **FOUNDATION LAW GROUP LLP**

By: /s/ Stephen M. Lobbin
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2018, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing. Paper copies have been or promptly will be served personally on all parties not registered, and those indicated as non-registered participants.

      /s/ Stephen M. Lobbin