UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER STARCOIN, INC., a California Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>LAUNCH LABS, INC., a Canada Corporation doing business as Axiom Zen,<br><br>         Defendant. | Case No.: 18-CV-972 JLS (MDD)<br><br>**ORDER CLOSING CASE** |

On July 9, 2018, Plaintiff Founder Starcoin, Inc. filed a notice of voluntary dismissal. (ECF No. 33.) Plaintiff dismissed its action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order as long as the opposing party has served an answer or motion for summary judgment. Subsequent to the filing, Defendant contacted chambers via email concerning, in part, the notice of dismissal. Plaintiff responded and the Court directed the parties to address any issues to the Court by filing on the docket. Neither party has done so. The Court notes that Plaintiff has met the requirements of Rule 41 to dismiss its action.

/ / /

/ / /

1  Accordingly, the Clerk of the Court **SHALL** close the file.

2      **IT IS SO ORDERED.**

3  Dated: July 30, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge